## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION



| | | |
|---|---|---|
| CITY OF AUSTIN | * | |
| | * | |
| v. | * | CIVIL NO. A-01-CA-202 JN |
| | * | |
| CONVERGENT GROUP CORP. | * | |

## O R D E R

The above captioned cause, having been removed to this Court on March 30, 2001 from the 201st Judicial District Court of Travis County, Texas, Cause No. GV100387, and the Court being of the opinion that a copy of the complete record in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, if it has not done so, shall within 10 days from the date of this order, furnish to the U.S. District Clerk's Office, in duplicate, a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

ENTERED this 30th day of March, 2001.

_____
CHIEF U.S. DISTRICT JUDGE