IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

MAY 0 6 2002

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| CITY OF AUSTIN, ACTING BY AND | § | |
| THROUGH ITS ELECTRIC UTILITY | § | |
| DEPARTMENT, | § | |
|     Plaintiff, | § | |
| | § | Civil Action No. A-01-CV-202 JRN |
| vs. | § | |
| | § | |
| CONVERGENT GROUP CORP. | § | |
|     Defendant and Third-Party Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| GINO DeMARCO, | § | |
|     Third-Party Defendant. | § | |

## ORDER

Before the Court is the parties Stipulation of Dismissal (Clerk's Doc. No. 98). The stipulation, which is signed by all the parties, requests that this case be dismissed with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), where a stipulation of dismissal is signed by all the parties who have appeared in the action, a Court order is not needed to effectuate dismissal. However, the Court enters this dismissal order to administratively close the case.

THEREFORE, IT IS ORDERED that the above styled cause of action be DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

IT IS FURTHER ORDERED that all pending motions are DENIED as MOOT.

IT IS FURTHER ORDERED that this case be CLOSED.

SIGNED and ENTERED this the 5th day of May 2002.

JAMES R. NOWLIN
CHIEF UNITED STATES DISTRICT JUDGE